UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL PAGUAY,<br><br>          Petitioner,<br><br>    -against-<br><br>UNITED STATES FEDERAL BUREAU OF PRISONS,<br><br>          Respondent. | 1:26-CV-1691 (ALC)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

ANDREW L. CARTER JR., United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to

28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or

other submission in response to the petition. Petitioner may file reply papers, if any, within 30

days from the date he is served with Respondent's answer or other response to the petition.

SO ORDERED.

Dated:   May 22, 2026
        New York, New York

_____
      ANDREW L. CARTER JR.
      United States District Judge